United States District Court
Southern District of Texas
**ENTERED**
April 05, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL G. PETERS, <br> TDCJ #2019190, <br>   Petitioner, <br> v. <br> STATE OF TEXAS, <br>   Respondent. | § § § § § § § § § § | CIVIL ACTION NO. H-16-0693 |

### FINAL JUDGMENT

For the reasons set forth in the court's Memorandum Opinion and Order entered on this date, this action is **DISMISSED without prejudice**.

This is a **FINAL JUDGMENT**.

The Clerk shall provide a copy of this Final Judgment to the parties.

**SIGNED** at Houston, Texas, on this the 5th day of April 2016.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE